# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | 8:15CR226 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ADAM SAUNSOCI, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion to continue by defendant Adam Saunsoci (Saunsoci) (Filing No. 28). Saunsoci seeks a continuance of the trial of this matter scheduled for December 1, 2015. During a hearing before the court on November 20, 2015, Saunsoci stated he agreed with the motion and acknowledged he understood the additional time would be excludable time for the purposes of the Speedy Trial Act. Government's counsel had no objection to the motion. Upon consideration, the motion will be granted.

**IT IS ORDERED:**

1. Saunsoci's motion to continue trial (Filing No. 28) is granted.

2. Trial of this matter is re-scheduled for **February 9, 2016,** before Chief Judge Laurie Smith Camp and a jury. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **November 20, 2015, and February 9, 2016,** shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason that defendant's counsel requires additional time to adequately prepare the case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 20th day of November, 2015.

BY THE COURT:
s/ Thomas D. Thalken

United States Magistrate Judge