# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | 8:15CR226 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ADAM SAUNSOCI, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of Assistant Federal Public Defender Michael J. Hansen and the Office of the Federal Public Defender to withdraw as counsel for the defendant, Adam Saunsoci (Saunsoci) (Filing No. 38 as amended by Filing No. 39). Mr. Hansen represents that the Office of the Federal Public Defender has a conflict of interest in this matter. Mr. Hansen's and the Office of the Federal Public Defender's motion to withdraw (Filing No. 38 as amended by Filing No. 39) is granted.

David M. O'Neill, 1005 South 107th Avenue, #200, Omaha, NE 68114, (402) 390-9000, is appointed to represent Saunsoci for the balance of these proceedings pursuant to the Criminal Justice Act. Mr. Hansen shall forthwith provide Mr. O'Neill with the discovery materials provided the defendant by the government and such other materials obtained by Mr. Hansen which are material to Saunsoci's defense.

The clerk shall provide a copy of this order to Mr. O'Neill, and he shall file his appearance forthwith.

**IT IS SO ORDERED.**

DATED this 8th day of December, 2015.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge